# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STEPHEN GILLIS SMITHERMAN, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE *et al.*, ) <br>     Defendants. ) | CIVIL ACTION: 2:20-00377-KD-N |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. Gen LR 72(a)(2)(S), and dated June 7, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motion to dismiss (Doc. 19) is **GRANTED** and that Plaintiff Stephen Gillis Smitherman's Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **28th** day of **June 2021.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **CHIEF UNITED STATES DISTRICT JUDGE**