IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN GILLIS SMITHERMAN, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE *et al.*, )<br>    Defendants. ) | CIVIL ACTION: 2:20-00377-KD-N |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED,** that Plaintiff Stephen Gillis Smitherman's Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **28th** day of **June 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**